```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  February 11, 2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **STACEY MERCER,** | |
| **Plaintiff,** | **20-cv-10178 (ALC)** |
| -against- | |
| **SUNSTREAM HOTELS & RESORTS, LLC** | **ORDER OF DISCONTINUANCE** |
| **Defendant.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:   February 11, 2021
         New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**